■ In the Matter of MARY ELLEN ORVIS, an Attorney, Resignor. [742 NYS2d 586] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Green, J.P., Pine, Hayes, Burns and Gorski, JJ. (Filed Feb. 7, 2002.)

■ In the Matter of THOMAS K. SCIARRINO, JR., an Attorney, Resignor. [742 NYS2d 587] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown,* 240 AD2d 83). Present—Green, J.P., Pine, Hayes, Burns and Gorski, JJ. (Filed Mar. 8, 2002.)